```
                                         FILED
                                      U.S. DIST. COURT
                                      MIDDLE DIST...

                                      2012 MAY -9  PM 3:59

                                      SIGN_____
                                           BY DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARUCCI SPORTS, LLC, | * | CIVIL ACTION |
| **Plaintiff** | * | |
| | * | NO: 12-223 |
| v. | * | |
| | * | JUDGE BRIAN JACKSON |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE NATIONAL FEDERATION OF STATE HIGH SCHOOL ASSOCIATIONS, AND WASHINGTON STATE UNIVERSITY | * * * | MAGISTRATE STEPHEN RIEDLINGER |
| **Defendants** | * | |
| | * | **FILED UNDER SEAL** |

******************************************************************

## THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION TO DISMISS MARUCCI SPORTS' COMPLAINT

The National Collegiate Athletic Association ("NCAA") moves to dismiss Marucci Sports LLC's complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim for the reasons more fully explained in the accompanying supporting memorandum.

WHEREFORE, the NCAA prays that the Court dismiss, with prejudice, plaintiff's complaint.



407832.1

1

RESPECTFULLY SUBMITTED:

**McGLINCHEY STAFFORD, PLLC**

*[signature]*

Michael H. Rubin (Bar No. 10833), T.A.
Christine Lipsey (Bar No. 1182)
Fourteenth Floor, One American Place
301 Main Street
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Telecopier: (225) 343-3076
mrubin@mcglinchey.com
clipsey@mcglinchey.com


*Pro Hac Vice:*

Philip D. Bartz
**BRYAN CAVE, LLP**
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Telecopier: (202) 508-6200
philip.bartz@bryancave.com

Rebecca A.D. Nelson
**BRYAN CAVE, LLP**
One Metropolitan Square, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Telecopier: (314) 259-2020
ranelson@bryancave.com

407832.1

        Nicholas S. Sloey
        **BRYAN CAVE, LLP**
        1155 F Street, N.W.
        Washington, D.C. 20004
        Telephone: (202) 508-6000
        Telecopier: (202) 508-6200
        nick.sloey@bryancave.com

        **ATTORNEYS FOR THE NATIONAL
        COLLEGIATE ATHLETIC ASSOCIATION**

## CERTIFICATE OF SERVICE

    Because this suit is under seal, the foregoing pleading was filed by hand and not electronically using the CM/ECF system. I certify that notice of this filing has been sent to the following by electronic mail:

| | |
|---|---|
| William L. Schuette<br>Jones Walker<br>8555 United Plaza Blvd.<br>Baton Rouge, Louisiana 70809<br>wschuette@joneswalker.com | Michael D. Hunt<br>Phelps Dunbar, LLP<br>400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802-5618<br>michael.hunt@phelps.com |

Scott N. Hensgens
Breazeale, Sachse & Wilson, LLP
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197
scott.hensgens@bswllp.com

Baton Rouge, Louisiana, May 9, 2012.

                                            */s/ Christine Lipsey*
                                            Christine Lipsey

407832.1